Howard M. Privette (CA Bar No. 137216)
privetth@pepperlaw.com
Erica R. Graves (CA Bar No. 301785)
gravese@pepperlaw.com
PEPPER HAMILTON LLP
350 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Tel:   (213) 928-9800

Darren W. Saunders (*pro hac vice forthcoming*)
DSaunders@peroffsaunders.com
Mark I. Peroff (*pro hac vice forthcoming*)
Mark.Peroff@peroffsaunders.com
PEROFF SAUNDERS, P.C.
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel:   (646) 898-2052

Attorneys for Defendants
*Easy Spirit, LLC and Marc Fisher, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKECHERS U.S.A., INC. and SKECHERS U.S.A., INC. II,<br><br>Plaintiffs,<br><br>v.<br><br>EASY SPIRIT, LLC and MARC FISHER, INC. and Does 1 – 10 inclusive,<br><br>Defendants. | Case No.: 2:19-cv-02141-CAS-JEM<br><br>**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT EASY SPIRIT, LLC TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |

Defendant Easy Spirit, LLC ("Easy Spirit" or "Defendant") for its answer and affirmative defenses to Plaintiffs' Skechers U.S.A., Inc. and Skechers U.S.A., Inc. II ("Skechers" or "Plaintiffs") First Amended Complaint ("Amended Complaint")

13

1  hereby provides its response to the Amended Complaint. Defendant has adopted the

2  headings found in the Amended Complaint for ease of reference. However, to the

3  extent that such headings themselves contain factual or legal statements, allegations,

4  or characterizations, Defendant denies those statements, allegations, or

5  characterizations.

6

7  **NATURE OF ACTION**

8      1.    Defendant lacks knowledge or information sufficient to form a belief as

9  to the allegations contained in Paragraph 1 of the Amended Complaint, and therefore

10  denies the same.

11      2.    Defendant denies that Plaintiffs have trade dress rights in the

12  configuration of the Skechers brand Go Walk style shoe (the "Go Walk Shoe").

13  Defendant lacks knowledge or information sufficient to form a belief as to the

14  remaining allegations contained in Paragraph 2 of the Amended Complaint, and

15  therefore denies the same.

16      3.    Defendant admits that Easy Spirit LLC offers for sale a slip-on shoe

17  under the Glider name and that the shoe pictured appears to be the Easy Spirit brand

18  Glider style shoe ("Glider Shoe"). Defendant denies the remaining allegations of

19  Paragraph 3.

20      4.    Paragraph 4 of the Amended Complaint contains legal arguments and

21  other nonfactual allegations to which no response is required. To the extent a

22  response is required, Defendant admits that this is a purported action for, *inter alia*,

23  trade dress infringement. Defendant denies the remaining allegations of Paragraph 4.

24

25  **PARTIES**

26      5.    Defendant lacks knowledge or information sufficient to form a belief as

27  to the truth of the allegations contained in Paragraph 5 of the Amended Complaint,

28  and therefore denies the same.

1    6.    Defendant lacks knowledge or information sufficient to form a belief as

2  to the truth of the allegations contained in Paragraph 6 of the Amended Complaint,

3  and therefore denies the same.

4    7.    Defendant admits that its principal place of business is located at 777

5  West Putnam Ave., Greenwich, Connecticut, 06830 and is a company organized and

6  existing under the laws of the State of Delaware, but denies the remaining

7  allegations of Paragraph 7.

8    8.    Defendant admits that its principal place of business is located at 777

9  West Putnam Ave., Greenwich, Connecticut, 06830, but denies the remaining

10  allegations of Paragraph 8.

11    9.    Defendant lacks knowledge or information sufficient to form a belief as

12  to the truth of the allegations contained in Paragraph 9 of the Amended Complaint,

13  and therefore denies the same.

14

15              **JURISDICTION AND VENUE**

16    10.    Defendant admits that this Court has subject matter jurisdiction over

17  Plaintiffs' Lanham Act claims.  Defendant also admits that this Court has

18  supplemental jurisdiction over Plaintiffs' state law claims to the extent that the Court

19  has subject matter jurisdiction over Plaintiffs' Lanham Act claims. Defendant denies

20  the remaining allegations of Paragraph 10.

21    11.    Defendant admits this Court has personal jurisdiction over Defendant

22  Easy Spirit and that Easy Spirit conducts business and solicits business in California

23  and in this district. Defendant denies the remaining allegations of Paragraph 11 with

24  regard to Easy Spirit. Defendant lacks knowledge or information sufficient to form a

25  belief as to the truth of the allegations contained in Paragraph 11 of the Amended

26  Complaint with regard to personal jurisdiction over Defendant Marc Fisher, Inc., and

27  therefore denies the same.

28  ///

EASY SPIRIT, LLC'S ANSWER TO PLAINTIFFS' COMPLAINT

1    12.    Defendant admits that venue in this district is proper. The remaining

2    allegations of Paragraph 12 state a legal conclusion to which no response is required.

3

4                    **ANSWER TO FACTS IN SUPPORT OF SKECHERS' CLAIM**

5                                  **GO WALK TRADE DRESS**

6    13.    Defendant lacks knowledge or information sufficient to form a belief as

7    to the truth of the allegations contained in Paragraph 13 of the Amended Complaint,

8    and therefore denies the same.

9    14.    Defendant lacks knowledge or information sufficient to form a belief as

10   to the truth of the allegations contained in Paragraph 14 of the Amended Complaint,

11   and therefore denies the same.

12   15.    Defendant lacks knowledge or information sufficient to form a belief as

13   to the truth of the allegations contained in Paragraph 15 of the Amended Complaint,

14   and therefore denies the same.

15   16.    Defendant lacks knowledge or information sufficient to form a belief as

16   to the truth of the allegations contained in Paragraph 16 of the Amended Complaint,

17   and therefore denies the same.

18   17.    Defendant lacks knowledge or information sufficient to form a belief as

19   to the truth of the allegations contained in Paragraph 17 of the Amended Complaint,

20   and therefore denies the same.

21   18.    Defendant lacks knowledge or information sufficient to form a belief as

22   to the truth of the allegations contained in Paragraph 18 of the Amended Complaint,

23   and therefore denies the same.

24   19.    Defendant lacks knowledge or information sufficient to form a belief as

25   to the truth of the allegations contained in Paragraph 19 of the Amended Complaint,

26   and therefore denies the same.

27   ///

28   ///

20.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations regarding the competitors of Skechers, and therefore denies the same. Defendant denies the remaining allegations of Paragraph 20.

21.     Defendant admits that Easy Spirit has options in developing its footwear products. Defendant denies the remaining allegations of Paragraph 21.

22.     Defendant denies the allegations contained in Paragraph 22 of the Amended Complaint.

23.     Defendant admits that the Easy Spirit Glider Shoe appears to be shown in Paragraph 23 of the Amended Complaint. Defendant denies the remaining allegations of Paragraph 23.

24.     Defendant denies the allegations contained in Paragraph 24 of the Amended Complaint.

25.     Defendant denies the allegations contained in Paragraph 25 of the Amended Complaint.

26.     Defendant denies the allegations contained in Paragraph 26 of the Amended Complaint.

27.     Defendant denies the allegations contained in Paragraph 27 of the Amended Complaint.

**ANSWER TO FIRST CLAIM FOR RELIEF**

**[Federal False Designation of Origin & Unfair Competition – 15 U.S.C. § 1125(a)]**

28.     Defendant repeats and reasserts all responses to Paragraphs 1 through 27 as if fully set forth herein.

29.     Defendant denies the allegations contained in Paragraph 29 of the Amended Complaint.

30.     Defendant denies the allegations contained in Paragraph 30 of the Amended Complaint.

EASY SPIRIT, LLC'S ANSWER TO PLAINTIFFS' COMPLAINT

1        31.    Defendant denies the allegations contained in Paragraph 31 of the

2  Amended Complaint.

3        32.    Defendant denies the allegations contained in Paragraph 32 of the

4  Amended Complaint.

5        33.    Defendant denies the allegations contained in Paragraph 33 of the

6  Amended Complaint.

7        34.    Defendant denies the allegations contained in Paragraph 34 of the

8  Amended Complaint.

9        35.    Defendant denies the allegations contained in Paragraph 35 of the

10  Amended Complaint.

11        36.    Defendant denies the allegations contained in Paragraph 36 of the

12  Amended Complaint.

13        37.    Defendant denies the allegations contained in Paragraph 37 of the

14  Amended Complaint.

15        38.    Paragraph 38 of the Amended Complaint contains legal arguments and

16  other nonfactual allegations to which no response is required. To the extent a

17  response is required, Defendant denies the allegations of Paragraph 38.

18        39.    Paragraph 39 of the Amended Complaint contains legal arguments and

19  other nonfactual allegations to which no response is required. To the extent a

20  response is required, Defendant denies the allegations of Paragraph 39.

21        40.    Paragraph 40 of the Amended Complaint contains legal arguments and

22  other nonfactual allegations to which no response is required. To the extent a

23  response is required, Defendant denies the allegations of Paragraph 40.

24        41.    Paragraph 41 of the Amended Complaint contains legal arguments and

25  other nonfactual allegations to which no response is required. To the extent a

26  response is required, Defendant denies the allegations of Paragraph 41.

27  ///

28  ///

18

EASY SPIRIT, LLC'S ANSWER TO PLAINTIFFS' COMPLAINT

## ANSWER TO SECOND CLAIM FOR RELIEF

### [Federal Trade Dress Infringement – 15 U.S.C. § 1114]

42. Defendant repeats and reasserts all responses to Paragraphs 1 through 41 as if fully set forth herein.

43. Defendant denies the allegations contained in Paragraph 43 of the Amended Complaint.

44. Defendant denies the allegations contained in Paragraph 44 of the Amended Complaint.

45. Defendant denies the allegations contained in Paragraph 45 of the Amended Complaint.

46. Defendant denies the allegations contained in Paragraph 46 of the Amended Complaint.

47. Defendant denies the allegations contained in Paragraph 47 of the Amended Complaint.

48. Defendant denies the allegations contained in Paragraph 48 of the Amended Complaint.

49. Defendant denies the allegations contained in Paragraph 49 of the Amended Complaint.

50. Defendant denies the allegations contained in Paragraph 50 of the Amended Complaint.

51. Paragraph 51 of the Amended Complaint contains legal arguments and other nonfactual allegations to which no response is required. To the extent a response is required, Defendant denies the allegations of Paragraph 51.

52. Paragraph 52 of the Amended Complaint contains legal arguments and other nonfactual allegations to which no response is required. To the extent a response is required, Defendant denies the allegations of Paragraph 52.

///

///

1
2
3

53.     Paragraph 53 of the Amended Complaint contains legal arguments and other nonfactual allegations to which no response is required. To the extent a response is required, Defendant denies the allegations of Paragraph 53.

4
5
6

54.     Paragraph 54 of the Amended Complaint contains legal arguments and other nonfactual allegations to which no response is required. To the extent a response is required, Defendant denies the allegations of Paragraph 54.

7

8

**ANSWER TO THIRD CLAIM FOR RELIEF**

9

**[Federal Trade Dress Dilution – 15 U.S.C. § 1125(c)]**

10
11

55.     Defendant repeats and reasserts all responses to Paragraphs 1 through 54 as if fully set forth herein.

12
13

56.     Defendant denies the allegations contained in Paragraph 56 of the Amended Complaint.

14
15

57.     Defendant denies the allegations contained in Paragraph 57 of the Amended Complaint.

16
17

58.     Defendant denies the allegations contained in Paragraph 58 of the Amended Complaint.

18
19

59.     Defendant denies the allegations contained in Paragraph 59 of the Amended Complaint.

20
21

60.     Defendant denies the allegations contained in Paragraph 60 of the Amended Complaint.

22
23

61.     Defendant denies the allegations contained in Paragraph 61 of the Amended Complaint.

24
25

62.     Defendant denies the allegations contained in Paragraph 62 of the Amended Complaint.

26
27

63.     Defendant denies the allegations contained in Paragraph 63 of the Amended Complaint.

28

///

64.     Paragraph 64 of the Amended Complaint contains legal arguments and other nonfactual allegations to which no response is required. To the extent a response is required, Defendant denies the allegations of Paragraph 64.

65.     Paragraph 65 of the Amended Complaint contains legal arguments and other nonfactual allegations to which no response is required. To the extent a response is required, Defendant denies the allegations of Paragraph 65.

66.     Paragraph 66 of the Amended Complaint contains legal arguments and other nonfactual allegations to which no response is required. To the extent a response is required, Defendant denies the allegations of Paragraph 66.

67.     Paragraph 67 of the Amended Complaint contains legal arguments and other nonfactual allegations to which no response is required. To the extent a response is required, Defendant denies the allegations of Paragraph 67.

## ANSWER TO FOURTH CLAIM FOR RELIEF

**[Unfair Business Practices - California Business and Professions Code §17200, *et seq*.]**

68.     Defendant repeats and reasserts all responses to Paragraphs 1 through 67 as if fully set forth herein.

69.     Defendant denies the allegations contained in Paragraph 69 of the Amended Complaint.

70.     Defendant denies the allegations contained in Paragraph 70 of the Amended Complaint.

71.     Defendant denies the allegations contained in Paragraph 71 of the Amended Complaint.

72.     Defendant denies the allegations contained in Paragraph 72 of the Amended Complaint.

///

///

EASY SPIRIT, LLC'S ANSWER TO PLAINTIFFS' COMPLAINT

73.     Paragraph 73 of the Amended Complaint contains legal arguments and other nonfactual allegations to which no response is required. To the extent a response is required, Defendant denies the allegations of Paragraph 73.

74.     Defendant denies the allegations contained in Paragraph 74 of the Amended Complaint.

75.     Defendant denies the allegations contained in Paragraph 75 of the Amended Complaint.

76.     Defendant denies the allegations contained in Paragraph 76 of the Amended Complaint.

77.     Paragraph 77 of the Amended Complaint contains legal arguments and other nonfactual allegations to which no response is required. To the extent a response is required, Defendant denies the allegations of Paragraph 77.

## ANSWER TO REQUEST FOR RELIEF

Defendant denies that Plaintiffs are entitled to any relief set forth in the Amended Complaint.

## ANSWER TO DEMAND FOR JURY TRIAL

Defendant states that Plaintiffs' demand for a jury trial does not require an admission or denial.

## AFFIRMATIVE DEFENSES
### FIRST AFFIRMATIVE DEFENSE

The Amended Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, because the alleged trade dress is not entitled to protection since it is utilitarian functional.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because the alleged trade dress is not entitled to protection since it is aesthetically functional.

**FOURTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because the alleged trade dress is not entitled to protection since Plaintiffs have failed to enforce its alleged trade dress rights in the Go Walk Shoe design.

**FIFTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because the alleged trade dress is not distinctive and has not achieved secondary meaning.

**SIXTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because there is no likelihood of confusion between the Go Walk Shoe and Glider Shoe.

**SEVENTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred, in whole or in part, by the doctrine of acquiescence and/or estoppel.

**EIGHTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred by, in whole or in part, by the doctrine of laches.

**NINTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred by, in whole or in part, by the doctrine of waiver.

///
///
///
///
//
///
///
///

EASY SPIRIT, LLC'S ANSWER TO PLAINTIFFS' COMPLAINT

1                      **TENTH AFFIRMATIVE DEFENSE**

2         To the extent Plaintiffs have suffered any damages, which Defendant

3 expressly denies, Plaintiffs have failed to take any steps to mitigate their damages.

4

5 Dated: May 28, 2019                   *s/Howard M. Privette*_____
                                     Howard M. Privette

6                                  Erica R. Graves
                                 PEPPER HAMILTON LLP

7

8                                  Darren W. Saunders
                                 Mark I. Peroff

9                                  PEROFF SAUNDERS, P.C.

10

11                                  Attorneys for Defendants
                                 *Easy Spirit, LLC and Marc Fisher, Inc.*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EASY SPIRIT, LLC'S ANSWER TO PLAINTIFFS' COMPLAINT