JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKECHERS U.S.A., INC.; et al., <br><br> Plaintiffs, <br><br> v. <br><br> EASY SPIRIT, LLC; et al., <br><br> Defendants | Case No. 2:19-cv-02141-CAS (JEMx) <br><br> **ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. PRO. 41(a)(1)(A)(ii)** |

The parties having stipulated and agreed, the above-referenced case is hereby DISMISSED without prejudice and without an award of costs or fees to any party.

IT IS SO ORDERED.

Dated: December 28, 2021

Christina A. Snyder
United States District Judge